## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Cassidy Marie Catherine Thomas,<br><br>*Debtor.* | Case No. 24-11613-PMM<br>Chapter 13 |

### Motion to Pay Trustee

Debtor Cassidy Marie Catherine Thomas, through her attorney, moves this Court as follows:

1. The Debtor wishes to fund her chapter 13 plan by wage order.

For those reasons, the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: June 10, 2024

CIBIK LAW, P.C.
*Attorney for Debtor*

By: /s/ Mike Assad
Mike Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

### Certificate of Service

I certify that on this date, I did cause a copy of this document and all attachments to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

Date: June 10, 2024

/s/ Mike Assad
Mike Assad