Ally Financial, Inc
500 Woodward Ave
Detroit, MI 48226-3416

Aspire Credit Card
Attn: Bankruptcy
PO Box 105555
Atlanta, GA 30348-5555

Avant/WebBank
222 North LaSalle Street Suite 1600
Chicago, IL 60601

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One/SaksFirst
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0287

Capital One/Walmart
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

Chase Card Services
Po Box 15298
Wilmington, DE 19850-5298

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179-0040


Citibank North America
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179-0040


Citibank/Radio Shack
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179-0040


Citibank/Sunoco
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179-0040


City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617


City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819


Comenity Bank/Express
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218


Comenity Bank/Victoria Secret
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Continental Finance Company
Attn: Bankruptcy
4550 New Linden Hill Rd Ste 400
Wilmington, DE 19808-2952

Evolve Bank & Trust
Attn: Bankruptcy Triad Center 16000
Poplar Ave, Ste 300
Memphis, TN 38119

Fingerhut
Attn: Bankruptcy 6250 Ridgewood Road
Saint Cloud, MN 56303

First National Bank/Legacy
Attn: Bankruptcy
PO Box 5097
Sioux Falls, SD 57117-5097

Fortiva
Attn: Bankruptcy
PO Box 105555
Atlanta, GA 30348-5555

Fst Premier
3820 N Louise Ave
Sioux Falls, SD 57107

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Mission Lane LLC
Attn: Bankruptcy
P.O. Box 105286
Atlanta, GA 30348

Missy Kolatosz
419 Durfor St
Philadelphia, PA 19148-3909

Navient
Attn: Bankruptcy
PO Box 9635
Wilkes Barre, PA 18773-9635

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
150 Corporate Blvd
Norfolk, VA 23502-4952

REVVI
Attn: Bankruptcy
PO Box 85800
Sioux Falls, SD 57118-5800


Sezzle
Attn: Bankruptcy
PO Box 3320
Minneapolis, MN 55403


Syncb/Amazon Secured
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060


Target NB
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440


U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404


U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009


Vive Financial
Attn: Bankruptcy Attn: Bankruptcy
380 Data Drive , Suite 200
Draper, UT 84020


Webbank/Gettington
Attn: Bankruptcy 6250 Ridgewood Road
Saint Cloud, MN 56303