# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# Philadelphia Division

| | |
|---|---|
| Cassidy Marie Catherine Thomas,<br><br>*Debtor.* | Case No. 24-11613-PMM<br>Chapter 13 |

## Order Requiring Bank of America, N.A.
## to Pay Chapter 13 Trustee from Cassidy Thomas's Wages

Upon request of the Debtor, it is **ORDERED** by the U.S. Bankruptcy Court for the Eastern District of Pennsylvania that **BANK OF AMERICA, N.A.** must pay chapter 13 trustee **KENNETH E. WEST** in the amount of **$397.00** from each regular paycheck of **CASSIDY MARIE CATHERINE THOMAS** beginning with the next paycheck and lasting until May 10, 2029, or further order of the Court.

Payments must be mailed to Kenneth E. West, Chapter 13 Trustee, PO Box 1799, Memphis, TN 38101-1799. The bankruptcy case number (24-11613) must be written or typed on each payment.

Date: **June 11, 2024**

_____
Patricia M. Mayer
U.S. Bankruptcy Judge

CC:   Bank of America, N.A.
      100 North Tryon Street, Suite 170
      Charlotte, NC 28202