United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                       Case No. 24-11613-pmm
Cassidy Marie Catherine Thomas                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Jun 10, 2024 | Form ID: pdf900 | Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Cassidy Marie Catherine Thomas, 151 Snyder Ave, Philadelphia, PA 19148-2617 |
| 14888999 | Evolve Bank & Trust, Attn: Bankruptcy Triad Center 16000 Popl, Memphis, TN 38119 |
| 14889008 | Santander Consumer USA, Inc, Attn: Bankruptcy, 95 Amaral St, Riverside, RI 02915-2204 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jun 11 2024 11:22:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 11 2024 11:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14882844 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jun 11 2024 11:29:31 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14894492 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jun 11 2024 11:29:28 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14888983 | Email/Text: ally@ebn.phinsolutions.com | Jun 11 2024 11:22:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 14888984 | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 11 2024 11:22:00 | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14888985 | + Email/Text: bk@avant.com | Jun 11 2024 11:22:00 | Avant/WebBank, 222 North LaSalle Street Suite 1600, Chicago, IL 60601-1112 |
| 14888986 | + Email/Text: creditcardbkcorrespondence@bofa.com | Jun 11 2024 11:22:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14888998 | Email/Text: cfcbackoffice@contfinco.com | Jun 11 2024 11:22:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd Ste 400, Wilmington, DE 19808-2952 |
| 14888987 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 11 2024 11:29:33 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14888988 | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 11 2024 11:29:31 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14890476 | + Email/PDF: ebn_ais@aisinfo.com | Jun 11 2024 11:29:28 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14888989 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 11 2024 11:29:31 | Capital One/SaksFirst, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14888990 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 11 2024 11:29:33 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |

Case 24-11613-pmm    Doc 17    Filed 06/12/24    Entered 06/13/24 00:35:21    Desc Imaged
                          Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 10, 2024 | Form ID: pdf900 | Total Noticed: 44 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14888992 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2024 11:29:28 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14888993 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2024 11:29:31 | Citibank North America, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14888994 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2024 11:29:28 | Citibank/Radio Shack, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14888995 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2024 11:29:28 | Citibank/Sunoco, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14888996 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2024 11:22:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14888997 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2024 11:22:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14889001 | | Email/Text: BNSFN@capitalsvcs.com | Jun 11 2024 11:22:00 | First National Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 14889000 | + | Email/Text: bnc-bluestem@quantum3group.com | Jun 11 2024 11:22:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14889002 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 11 2024 11:22:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14889003 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 11 2024 11:29:31 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14888991 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 11 2024 11:29:28 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 14890719 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 11 2024 11:29:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14890310 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 11 2024 11:29:31 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14889004 | | Email/Text: ml-ebn@missionlane.com | Jun 11 2024 11:22:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14889007 | | Email/Text: cscommunications@mrvbanks.com | Jun 11 2024 11:22:00 | REVVI, Attn: Bankruptcy, PO Box 85800, Sioux Falls, SD 57118-5800 |
| 14883528 | + | Email/Text: famc-bk@1stassociates.com | Jun 11 2024 11:22:00 | MRV Banks, 2700 S. Lorraine Place, Sioux Falls, SD 57106-3657 |
| 14889005 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 11 2024 11:29:28 | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14889006 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 11 2024 11:29:28 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14892169 | + | Email/Text: bankruptcy@philapark.org | Jun 11 2024 11:22:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Suite 5400, Philadelphia, Pa 19106-1558 |
| 14895291 | | Email/Text: bnc-quantum@quantum3group.com | Jun 11 2024 11:22:00 | Quantum3 Group LLC as agent for, Katapult Group Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 14895292 | | Email/Text: bnc-quantum@quantum3group.com | Jun 11 2024 11:22:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14890313 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 11 2024 11:29:28 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14889009 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 10, 2024 | Form ID: pdf900 | Total Noticed: 44 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 11 2024 11:22:00 | Sezzle, Attn: Bankruptcy, PO Box 3320, Minneapolis, MN 55403 |
| 14889010 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2024 11:29:31 | Syncb/Amazon Secured, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14889011 | + | Email/Text: bncmail@w-legal.com | Jun 11 2024 11:22:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14889012 | | Email/Text: bankruptcynotices@vivecard.com | Jun 11 2024 11:22:00 | Vive Financial, Attn: Bankruptcy Attn: Bankruptcy, 380 Data Drive , Suite 200, Draper, UT 84020 |
| 14889013 | + | Email/Text: bnc-bluestem@quantum3group.com | Jun 11 2024 11:22:00 | Webbank/Gettington, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 12, 2024      Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Cassidy Marie Catherine Thomas help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL I. ASSAD | on behalf of Debtor Cassidy Marie Catherine Thomas help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: **Cassidy Marie Catherine Thomas,**     :     Chapter 13
                                                :
       Debtor.                                :     Bky. No.  24-11613 (PMM)

**O R D E R**

     **AND NOW,** upon consideration of the Debtor's Motion for an Additional Extension of Time (Doc. no. 12, "the Motion"), it is hereby **ORDERED** that:

I.    Subject to Paragraphs 3-4 below, the Motion is **GRANTED** and the deadline for filing the statements, schedules and other documents required by the rules of court is **EXTENDED** to **June 20, 2024**.

II.    **NO FURTHER EXTENSIONS WILL BE GRANTED.  If the required schedules, statements and other documents are not timely filed, this case may be DISMISSED without further notice or hearing.**

III.    This extension of time is **CONDITIONED** on the **WAIVER** of the Debtor's right to object to a proof of claim on the ground that it was filed after the deadline set by Fed. R. Bankr. P.  3002(c), **PROVIDED** that the proof of claim is filed **on or before August 23, 2024.**

IV.    Within three (3) business days of the docketing and service of the notice of meeting of creditors, **DEBTOR'S COUNSEL SHALL SERVE THIS ORDER** on all creditors and parties in interest and shall promptly thereafter file a certification of service.

Date:  6/10/24

                                                                **Hon. Patricia M. Mayer**
                                                                **U.S. Bankruptcy Judge**