# Payslip Details

| Employee Details | |
|---|---|
| Person Number | 27168767 |
| Name | Cassidy Thomas |
| Home Address | 419 Durfor Street<br>Philadelphia, PA 19148 |
| Company | Bank of America, National Association<br>100 North Tryon Street<br>Suite 170<br>Charlotte, NC 28202 |
| Work Location | US - PA - Philadelphia - 3925 Walnut St - UNIVERSITY CITY (PA7252) |
| State Business ID# | 9235-8613 |
| Cost Center | 0001146459 |
| GL Company | 2494 |
| Pay Rate | $23.00 Hourly |

| Payroll Details | |
|---|---|
| Pay Frequency | Bi-weekly |
| Pay Begin Date | 01/29/2024 |
| Pay End Date | 02/11/2024 |
| Advice # | N/A |
| Pay Date | 02/16/2024 |

| Tax Details | |
|---|---|
| Federal Tax Marital Status | Head of Household |
| Federal Allowances | 0 |
| Federal Addl Withholding | $0.00 |
| W-4 - Total Dependent Amount | 4,000 |
| W-4 – Multiple Jobs or Spouse Work | No |
| W-4 – Other Income | 0 |
| W-4 - Deduction | 0 |
| PA Tax Marital Status | |
| PA Allowances | 0 |
| PA Addl Withholding | $0.00 |

## Hours and Earnings

| Description | Prior Period Begin Date | Prior Period End Date | Rate | Current Hours | YTD Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Bereavement | | | 23 | 16 | 16 | 368.00 | 368.00 |
| Occasional Illness | | | 23 | 6 | 6 | 138.00 | 138.00 |
| Regular Earnings | | | 23 | 53.45 | 89.65 | 1,229.36 | 2,061.96 |
| **Total (Hours and Earnings)**<br>* indicates an Imputed Earning | | | | | | **1,735.36** | **2,567.96** |

## Employee Taxes

| Description | Current Wages | YTD Wages | Current Withheld | YTD Withheld |
|---|---|---|---|---|
| Social Security | 1,735.36 | 2,567.96 | 107.59 | 159.21 |
| Medicare | 1,735.36 | 2,567.96 | 25.17 | 37.24 |
| State Tax (Work) - PA | 1,735.36 | 2,567.96 | 53.28 | 78.84 |
| Unemployment Ins - PA | 1,735.36 | 2,567.96 | 1.22 | 1.80 |
| City - PHILA | 1,735.36 | 2,567.96 | 65.08 | 96.30 |
| **Total (Taxes)** | | | **252.34** | **373.39** |

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Pre-tax 401(k) | 52.06 | 52.06 |
| **Total (Pre-Tax Deductions)** | **52.06** | **52.06** |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| **Total (After-Tax Deductions)** | | |

## Direct Deposit Distribution

| Financial Institution | Account | Type | Amount |
|---|---|---|---|
| bank of america | ******1205 | Checking | 1,430.96 |

## Pay Summary

| | Gross (less imputed) | less Pre-Tax Deductions | less Taxes | less After-Tax Deductions | equals Net Pay |
|---|---|---|---|---|---|
| Current | 1,735.36 | 52.06 | 252.34 | 0.00 | 1,430.96 |
| YTD | 2,567.96 | 52.06 | 373.39 | 0.00 | 2,142.51 |

Visit HR Connect > Money > Payslips for information about your payslip. If you have questions, please contact the Global HR Service Center at 800.556.6044

# Payslip Details

| Time Off (Note: If you are a salaried employee, benefit hours taken may not be reflected in the available balance) | | | |
|---|---|---|---|
| **Description** | **Current Period Accrual** | **Current Period Hours Taken** | **Available Balance** |
| US - Occasional Illness | 3.08 | 6 | 0.16 |

# Payslip Details

| Employee Details | |
|---|---|
| Person Number | 27168767 |
| Name | Cassidy Thomas |
| Home Address | 419 Durfor Street<br>Philadelphia, PA 19148 |
| Company | Bank of America, National Association<br>100 North Tryon Street<br>Suite 170<br>Charlotte, NC 28202 |
| Work Location | US - PA - Philadelphia - 3925 Walnut St - UNIVERSITY CITY (PA7252) |
| State Business ID# | 9235-8613 |
| Cost Center | 0001146459 |
| GL Company | 2494 |
| Pay Rate | $23.00 Hourly |

| Payroll Details | |
|---|---|
| Pay Frequency | Bi-weekly |
| Pay Begin Date | 02/12/2024 |
| Pay End Date | 02/25/2024 |
| Advice # | N/A |
| Pay Date | 03/01/2024 |

| Tax Details | |
|---|---|
| Federal Tax Marital Status | Head of Household |
| Federal Allowances | 0 |
| Federal Addl Withholding | $0.00 |
| W-4 - Total Dependent Amount | 4,000 |
| W-4 – Multiple Jobs or Spouse Work | No |
| W-4 – Other Income | 0 |
| W-4 - Deduction | 0 |
| PA Tax Marital Status | |
| PA Allowances | 0 |
| PA Addl Withholding | $0.00 |

## Hours and Earnings

| Description | Prior Period Begin Date | Prior Period End Date | Rate | Current Hours | YTD Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Bereavement | | | | | | | 368.00 |
| Holiday | | | 23 | 8 | 8 | 184.00 | 184.00 |
| Occasional Illness | | | 23 | 8 | 14 | 184.00 | 322.00 |
| Regular Earnings | | | 23 | 58.433 | 148.083 | 1,343.97 | 3,405.93 |
| **Total (Hours and Earnings)**<br>* indicates an Imputed Earning | | | | | | **1,711.97** | **4,279.93** |

## Employee Taxes

| Description | Current Wages | YTD Wages | Current Withheld | YTD Withheld |
|---|---|---|---|---|
| Social Security | 1,711.97 | 4,279.93 | 106.15 | 265.36 |
| Medicare | 1,711.97 | 4,279.93 | 24.82 | 62.06 |
| State Tax (Work) - PA | 1,711.97 | 4,279.93 | 52.56 | 131.40 |
| Unemployment Ins - PA | 1,711.97 | 4,279.93 | 1.20 | 3.00 |
| City - PHILA | 1,711.97 | 4,279.93 | 64.20 | 160.50 |
| **Total (Taxes)** | | | **248.93** | **622.32** |

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Pre-tax 401(k) | 51.36 | 103.42 |
| **Total (Pre-Tax Deductions)** | **51.36** | **103.42** |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| **Total (After-Tax Deductions)** | | |

## Direct Deposit Distribution

| Financial Institution | Account | Type | Amount |
|---|---|---|---|
| bank of america | ******1205 | Checking | 1,411.68 |

## Pay Summary

| | Gross (less imputed) | less Pre-Tax Deductions | less Taxes | less After-Tax Deductions | equals Net Pay |
|---|---|---|---|---|---|
| **Current** | 1,711.97 | 51.36 | 248.93 | 0.00 | 1,411.68 |
| **YTD** | 4,279.93 | 103.42 | 622.32 | 0.00 | 3,554.19 |

Visit HR Connect > Money > Payslips for information about your payslip. If you have questions, please contact the Global HR Service Center at 800.556.6044

# Payslip Details

| Time Off (Note: If you are a salaried employee, benefit hours taken may not be reflected in the available balance) | | | |
|---|---|---|---|
| **Description** | **Current Period Accrual** | **Current Period Hours Taken** | **Available Balance** |
| US - Occasional Illness | 3.08 | 8 | -4.76 |

# Payslip Details

| Employee Details | |
|---|---|
| Person Number | 27168767 |
| Name | Cassidy Thomas |
| Home Address | 419 Durfor Street<br>Philadelphia, PA 19148 |
| Company | Bank of America, National Association<br>100 North Tryon Street<br>Suite 170<br>Charlotte, NC 28202 |
| Work Location | US - PA - Philadelphia - 3925 Walnut St - UNIVERSITY CITY (PA7252) |
| State Business ID# | 9235-8613 |
| Cost Center | 0001146459 |
| GL Company | 2494 |
| Pay Rate | $23.00 Hourly |

| Payroll Details | |
|---|---|
| Pay Frequency | Bi-weekly |
| Pay Begin Date | 02/26/2024 |
| Pay End Date | 03/10/2024 |
| Advice # | N/A |
| Pay Date | 03/15/2024 |

| Tax Details | |
|---|---|
| Federal Tax Marital Status | Head of Household |
| Federal Allowances | 0 |
| Federal Addl Withholding | $0.00 |
| W-4 - Total Dependent Amount | 4,000 |
| W-4 – Multiple Jobs or Spouse Work | No |
| W-4 – Other Income | 0 |
| W-4 - Deduction | 0 |
| PA Tax Marital Status | |
| PA Allowances | 0 |
| PA Addl Withholding | $0.00 |

## Hours and Earnings

| Description | Prior Period Begin Date | Prior Period End Date | Rate | Current Hours | YTD Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Bereavement | | | | | | | 368.00 |
| Holiday | | | | | | | 184.00 |
| Occasional Illness | | | 23 | 35 | 49 | 805.00 | 1,127.00 |
| Regular Earnings | | | 23 | 33.867 | 181.95 | 778.94 | 4,184.87 |
| **Total (Hours and Earnings)**<br>* indicates an Imputed Earning | | | | | | **1,583.94** | **5,863.87** |

## Employee Taxes

| Description | Current Wages | YTD Wages | Current Withheld | YTD Withheld |
|---|---|---|---|---|
| Social Security | 1,571.23 | 5,851.16 | 97.41 | 362.77 |
| Medicare | 1,571.23 | 5,851.16 | 22.78 | 84.84 |
| State Tax (Work) - PA | 1,571.23 | 5,851.16 | 48.24 | 179.64 |
| Unemployment Ins - PA | 1,583.94 | 5,863.87 | 1.10 | 4.10 |
| City - PHILA | 1,583.94 | 5,863.87 | 59.40 | 219.90 |
| **Total (Taxes)** | | | **228.93** | **851.25** |

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Pre-tax 401(k) | 47.52 | 150.94 |
| Dental (Regular) | 9.48 | 9.48 |
| Vision (Regular) | 3.23 | 3.23 |
| **Total (Pre-Tax Deductions)** | **60.23** | **163.65** |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| **Total (After-Tax Deductions)** | | |

## Direct Deposit Distribution

| Financial Institution | Account | Type | Amount |
|---|---|---|---|
| bank of america | ******1205 | Checking | 1,294.78 |

## Pay Summary

| | Gross (less imputed) | less Pre-Tax Deductions | less Taxes | less After-Tax Deductions | equals Net Pay |
|---|---|---|---|---|---|
| **Current** | 1,583.94 | 60.23 | 228.93 | 0.00 | 1,294.78 |
| **YTD** | 5,863.87 | 163.65 | 851.25 | 0.00 | 4,848.97 |

Visit HR Connect > Money > Payslips for information about your payslip. If you have questions, please contact the Global HR Service Center at 800.556.6044

| Time Off (Note: If you are a salaried employee, benefit hours taken may not be reflected in the available balance) | | | |
|---|---|---|---|
| **Description** | **Current Period Accrual** | **Current Period Hours Taken** | **Available Balance** |
| US - Occasional Illness | 3.08 | 35 | -36.68 |

# Payslip Details

| Employee Details | |
|---|---|
| Person Number | 27168767 |
| Name | Cassidy Thomas |
| Home Address | 419 Durfor Street<br>Philadelphia, PA 19148 |
| Company | Bank of America, National Association<br>100 North Tryon Street<br>Suite 170<br>Charlotte, NC 28202 |
| Work Location | US - PA - Philadelphia - 3925 Walnut St - UNIVERSITY CITY (PA7252) |
| State Business ID# | 9235-8613 |
| Cost Center | 0001146459 |
| GL Company | 2494 |
| Pay Rate | $23.00 Hourly |

| Payroll Details | |
|---|---|
| Pay Frequency | Bi-weekly |
| Pay Begin Date | 03/11/2024 |
| Pay End Date | 03/24/2024 |
| Advice # | N/A |
| Pay Date | 03/29/2024 |

| Tax Details | |
|---|---|
| Federal Tax Marital Status | Head of Household |
| Federal Allowances | 0 |
| Federal Addl Withholding | $0.00 |
| W-4 - Total Dependent Amount | 4,000 |
| W-4 – Multiple Jobs or Spouse Work | No |
| W-4 – Other Income | 0 |
| W-4 - Deduction | 0 |
| PA Tax Marital Status | |
| PA Allowances | 0 |
| PA Addl Withholding | $0.00 |

## Hours and Earnings

| Description | Prior Period Begin Date | Prior Period End Date | Rate | Current Hours | YTD Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Bereavement | | | | | | | 368.00 |
| Holiday | | | | | | | 184.00 |
| Jury Duty Pay | | | 23 | 8 | 8 | 184.00 | 184.00 |
| Occasional Illness | | | 23 | 10 | 59 | 230.00 | 1,357.00 |
| Regular Earnings | | | 23 | 58.85 | 240.8 | 1,353.56 | 5,538.43 |
| **Total (Hours and Earnings)**<br>* indicates an Imputed Earning | | | | | | **1,767.56** | **7,631.43** |

## Employee Taxes

| Description | Current Wages | YTD Wages | Current Withheld | YTD Withheld |
|---|---|---|---|---|
| Social Security | 1,754.85 | 7,606.01 | 108.80 | 471.57 |
| Medicare | 1,754.85 | 7,606.01 | 25.45 | 110.29 |
| State Tax (Work) - PA | 1,754.85 | 7,606.01 | 53.87 | 233.51 |
| Unemployment Ins - PA | 1,767.56 | 7,631.43 | 1.24 | 5.34 |
| City - PHILA | 1,767.56 | 7,631.43 | 66.28 | 286.18 |
| **Total (Taxes)** | | | **255.64** | **1,106.89** |

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Pre-tax 401(k) | 53.03 | 203.97 |
| Dental (Regular) | 9.48 | 18.96 |
| Vision (Regular) | 3.23 | 6.46 |
| **Total (Pre-Tax Deductions)** | **65.74** | **229.39** |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| **Total (After-Tax Deductions)** | | |

## Direct Deposit Distribution

| Financial Institution | Account | Type | Amount |
|---|---|---|---|
| bank of america | ******1205 | Checking | 1,446.18 |

## Pay Summary

| | Gross (less imputed) | less Pre-Tax Deductions | less Taxes | less After-Tax Deductions | equals Net Pay |
|---|---|---|---|---|---|
| Current | 1,767.56 | 65.74 | 255.64 | 0.00 | 1,446.18 |
| YTD | 7,631.43 | 229.39 | 1,106.89 | 0.00 | 6,295.15 |

Visit HR Connect > Money > Payslips for information about your payslip. If you have questions, please contact the Global HR Service Center at 800.556.6044

# Payslip Details

| Time Off (Note: If you are a salaried employee, benefit hours taken may not be reflected in the available balance) | | | |
|---|---|---|---|
| **Description** | **Current Period Accrual** | **Current Period Hours Taken** | **Available Balance** |
| US - Occasional Illness | 3.08 | 10 | -43.6 |

# Payslip Details

| Employee Details | |
|---|---|
| Person Number | 27168767 |
| Name | Cassidy Thomas |
| Home Address | 419 Durfor Street<br>Philadelphia, PA 19148 |
| Company | Bank of America, National Association<br>100 North Tryon Street<br>Suite 170<br>Charlotte, NC 28202 |
| Work Location | US - PA - Philadelphia - 3925 Walnut St - UNIVERSITY CITY (PA7252) |
| State Business ID# | 9235-8613 |
| Cost Center | 0001146459 |
| GL Company | 2494 |
| Pay Rate | $23.00 Hourly |

| Payroll Details | |
|---|---|
| Pay Frequency | Bi-weekly |
| Pay Begin Date | 03/25/2024 |
| Pay End Date | 04/07/2024 |
| Advice # | N/A |
| Pay Date | 04/12/2024 |

| Tax Details | |
|---|---|
| Federal Tax Marital Status | Head of Household |
| Federal Allowances | 0 |
| Federal Addl Withholding | $0.00 |
| W-4 - Total Dependent Amount | 4,000 |
| W-4 – Multiple Jobs or Spouse Work | No |
| W-4 – Other Income | 0 |
| W-4 - Deduction | 0 |
| PA Tax Marital Status | |
| PA Allowances | 0 |
| PA Addl Withholding | $0.00 |

## Hours and Earnings

| Description | Prior Period Begin Date | Prior Period End Date | Rate | Current Hours | YTD Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Bereavement | | | | | | | 368.00 |
| Holiday | | | | | | | 184.00 |
| Jury Duty Pay | | | | | | | 184.00 |
| Occasional Illness | | | | | | | 1,357.00 |
| Time-and-a-Half OT | | | 34.5 | 0.083 | 0.083 | 2.88 | 2.88 |
| Regular Earnings | | | 23 | 72.717 | 313.517 | 1,672.49 | 7,210.92 |
| Vacation Pay | | | 23 | 7 | 7 | 161.00 | 161.00 |
| **Total (Hours and Earnings)** | | | | | | **1,836.37** | **9,467.80** |

* indicates an Imputed Earning

## Employee Taxes

| Description | Current Wages | YTD Wages | Current Withheld | YTD Withheld |
|---|---|---|---|---|
| Social Security | 1,823.66 | 9,429.67 | 113.07 | 584.64 |
| Medicare | 1,823.66 | 9,429.67 | 26.44 | 136.73 |
| State Tax (Work) - PA | 1,823.66 | 9,429.67 | 55.99 | 289.50 |
| Unemployment Ins - PA | 1,836.37 | 9,467.80 | 1.29 | 6.63 |
| City - PHILA | 1,836.37 | 9,467.80 | 68.86 | 355.04 |
| **Total (Taxes)** | | | **265.65** | **1,372.54** |

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Pre-tax 401(k) | 55.09 | 259.06 |
| Dental (Regular) | 9.48 | 28.44 |
| Vision (Regular) | 3.23 | 9.69 |
| **Total (Pre-Tax Deductions)** | **67.80** | **297.19** |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| **Total (After-Tax Deductions)** | | |

## Direct Deposit Distribution

| Financial Institution | Account | Type | Amount |
|---|---|---|---|
| bank of america | ******1205 | Checking | 1,502.92 |

## Pay Summary

| | Gross (less imputed) | less Pre-Tax Deductions | less Taxes | less After-Tax Deductions | equals Net Pay |
|---|---|---|---|---|---|
| Current | 1,836.37 | 67.80 | 265.65 | 0.00 | 1,502.92 |
| YTD | 9,467.80 | 297.19 | 1,372.54 | 0.00 | 7,798.07 |

Visit HR Connect > Money > Payslips for information about your payslip. If you have questions, please contact the Global HR Service Center at 800.556.6044

# Payslip Details

| Time Off (Note: If you are a salaried employee, benefit hours taken may not be reflected in the available balance) | | | |
|---|---|---|---|
| Description | Current Period Accrual | Current Period Hours Taken | Available Balance |
| US - Occasional Illness | 3.08 | 0 | -40.52 |

| Employee Details | |
|---|---|
| **Person Number** | 27168767 |
| **Name** | Cassidy Thomas |
| **Home Address** | 419 Durfor Street<br>Philadelphia, PA 19148 |
| **Company** | Bank of America, National Association<br>100 North Tryon Street<br>Suite 170<br>Charlotte, NC 28202 |
| **Work Location** | US - PA - Philadelphia - 3925 Walnut St - UNIVERSITY CITY (PA7252) |
| **State Business ID#** | 9235-8613 |
| **Cost Center** | 0001146459 |
| **GL Company** | 2494 |
| **Pay Rate** | $23.00 Hourly |

| Payroll Details | |
|---|---|
| **Pay Frequency** | Bi-weekly |
| **Pay Begin Date** | 04/08/2024 |
| **Pay End Date** | 04/21/2024 |
| **Advice #** | N/A |
| **Pay Date** | 04/26/2024 |

| Tax Details | |
|---|---|
| **Federal Tax Marital Status** | Head of Household |
| **Federal Allowances** | 0 |
| **Federal Addl Withholding** | $0.00 |
| **W-4 - Total Dependent Amount** | 4,000 |
| **W-4 – Multiple Jobs or Spouse Work** | No |
| **W-4 – Other Income** | 0 |
| **W-4 - Deduction** | 0 |
| **PA Tax Marital Status** | |
| **PA Allowances** | 0 |
| **PA Addl Withholding** | $0.00 |

**Hours and Earnings**

| Description | Prior Period Begin Date | Prior Period End Date | Rate | Current Hours | YTD Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Bereavement | | | | | | | 368.00 |
| Holiday | | | | | | | 184.00 |
| Jury Duty Pay | | | | | | | 184.00 |
| Occasional Illness | | | | | | | 1,357.00 |
| Time-and-a-Half OT | | | 34.5 | 1.05 | 1.133 | 36.23 | 39.11 |
| Regular Earnings | | | 23 | 40 | 353.517 | 920.00 | 8,130.92 |
| Vacation Pay | | | 23 | 40 | 47 | 920.00 | 1,081.00 |
| **Total (Hours and Earnings)**<br>* indicates an Imputed Earning | | | | | | **1,876.23** | **11,344.03** |

**Employee Taxes**

| Description | Current Wages | YTD Wages | Current Withheld | YTD Withheld |
|---|---|---|---|---|
| Social Security | 1,863.52 | 11,293.19 | 115.54 | 700.18 |
| Medicare | 1,863.52 | 11,293.19 | 27.02 | 163.75 |
| State Tax (Work) - PA | 1,863.52 | 11,293.19 | 57.21 | 346.71 |
| Unemployment Ins - PA | 1,876.23 | 11,344.03 | 1.31 | 7.94 |
| City - PHILA | 1,876.23 | 11,344.03 | 70.36 | 425.40 |
| **Total (Taxes)** | | | **271.44** | **1,643.98** |

**Pre-Tax Deductions**

| Description | Current | YTD |
|---|---|---|
| Pre-tax 401(k) | 56.29 | 315.35 |
| Dental (Regular) | 9.48 | 37.92 |
| Vision (Regular) | 3.23 | 12.92 |
| **Total (Pre-Tax Deductions)** | **69.00** | **366.19** |

**After-Tax Deductions**

| Description | Current | YTD |
|---|---|---|
| **Total (After-Tax Deductions)** | | |

**Direct Deposit Distribution**

| Financial Institution | Account | Type | Amount |
|---|---|---|---|
| bank of america | ******1205 | Checking | 1,535.79 |

**Pay Summary**

| | Gross (less imputed) | less Pre-Tax Deductions | less Taxes | less After-Tax Deductions | equals Net Pay |
|---|---|---|---|---|---|
| **Current** | 1,876.23 | 69.00 | 271.44 | 0.00 | 1,535.79 |
| **YTD** | 11,344.03 | 366.19 | 1,643.98 | 0.00 | 9,333.86 |

Visit HR Connect > Money > Payslips for information about your payslip. If you have questions, please contact the Global HR Service Center at 800.556.6044

# Payslip Details

| Time Off (Note: If you are a salaried employee, benefit hours taken may not be reflected in the available balance) | | | |
|---|---|---|---|
| **Description** | **Current Period Accrual** | **Current Period Hours Taken** | **Available Balance** |
| US - Occasional Illness | 3.08 | 0 | -37.44 |