# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 24-11613-PMM |
| | ) | |
| Cassidy Marie Catherine Thomas, | ) | |
| | ) | |
| Debtor | ) | CHAPTER 13 |

### PRAECIPE TO WITHDRAW OBJECTION OF ALLY BANK TO CONFIRMATION OF DEBTOR'S PROPOSED PLAN

To the Clerk:

Kindly mark the Objection of Ally Bank to Confirmation of Debtor's Proposed Plan filed on June 27, 2024 WITHDRAWN without prejudice.

LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO

DATE: 9/18/2024

BY: */s/ Regina Cohen*
Regina Cohen
State Bar #57272
190 North Independence Mall West 6th & Race Streets
Suite 500
Philadelphia, PA 19106
(215) 351-7551
Attorney for Ally Bank