**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 24-11613-PMM |
| | ) | |
| Cassidy Marie Catherine Thomas, | ) | |
| | ) | |
| | ) | |
| Debtor | ) | CHAPTER 13 |

**CERTIFICATE OF SERVICE**

I certify that on  September 18, 2024, a true and correct copy of the above and foregoing was served upon the following parties via electronic means as listed on the Court's ECF noticing system, if available otherwise by regular first class mail:

Via US Mail

Cassidy Marie Catherine Thomas
151 Snyder Ave
Philadelphia, PA 19148

Missy Kolatosz
419 Durfor St
Philadelphia, PA 19148

Via CM / ECF / NEF

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
help@cibiklaw.com

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov

*/s/ Cathy Bush*
4515 N. Santa Fe Ave.,
Oklahoma City, OK 73118