# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Cassidy Marie Catherine Thomas,<br><br>*Debtor*. | Case No. 24-11613-pmm<br>Chapter 13 |

## Certificate of Service

I certify that on this date, I did cause a copy of the document described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system, as well as on the party listed below by U.S. mail.

- Fifth Amended Chapter 13 Plan

**Quantum3 Group, LLC**
Attn: Bankruptcy
PO Box 788
Kirkland, WA 98083-0788


Date: January 16, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com