United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 24-11613-pmm
Cassidy Marie Catherine Thomas     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 5
Date Rcvd: Mar 19, 2025     Form ID: 155     Total Noticed: 60

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Cassidy Marie Catherine Thomas, 151 Snyder Ave, Philadelphia, PA 19148-2617 |
| 14888999 | Evolve Bank & Trust, Attn: Bankruptcy Triad Center 16000 Popl, Memphis, TN 38119 |
| 14896033 | Missy Kolatosz, 419 Durfor St, Philadelphia, PA 19148-3909 |
| 14896038 | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14889008 | Santander Consumer USA, Inc, Attn: Bankruptcy, 95 Amaral St, Riverside, RI 02915-2204 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14930250 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 20 2025 00:38:50 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 14882844 | + Email/PDF: acg.acg.ebn@aisinfo.com | Mar 20 2025 00:37:58 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14894492 | + Email/PDF: acg.acg.ebn@aisinfo.com | Mar 20 2025 00:38:46 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14888983 | Email/Text: ally@ebn.phinsolutions.com | Mar 20 2025 00:23:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 14888984 | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 20 2025 00:23:00 | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14888985 | + Email/Text: bk@avant.com | Mar 20 2025 00:24:00 | Avant/WebBank, 222 North LaSalle Street Suite 1600, Chicago, IL 60601-1112 |
| 14888986 | + Email/Text: creditcardbkcorrespondence@bofa.com | Mar 20 2025 00:23:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14896021 | Email/Text: megan.harper@phila.gov | Mar 20 2025 00:24:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14888998 | Email/Text: cfcbackoffice@contfinco.com | Mar 20 2025 00:23:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd Ste 400, Wilmington, DE 19808-2952 |
| 14888987 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 20 2025 00:38:37 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14888988 | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 20 2025 00:50:26 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14890476 | + Email/PDF: ebn_ais@aisinfo.com | Mar 20 2025 00:50:22 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 24-11613-pmm   Doc 61   Filed 03/21/25   Entered 03/22/25 00:39:47   Desc Imaged
Certificate of Notice   Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Mar 19, 2025 | Form ID: 155 | Total Noticed: 60 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14888989 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 20 2025 00:50:20 | Capital One/SaksFirst, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14888990 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 20 2025 01:03:52 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14888991 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 20 2025 00:38:35 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 14888992 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2025 01:04:13 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14888993 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2025 00:38:42 | Citibank North America, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14888994 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2025 00:38:42 | Citibank/Radio Shack, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14888995 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2025 00:38:07 | Citibank/Sunoco, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14896022 | | Email/Text: bankruptcy@philapark.org | Mar 20 2025 00:24:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14888996 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 20 2025 00:24:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14888997 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 20 2025 00:24:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14905963 | ^ | MEBN | Mar 20 2025 00:19:50 | DeVry University, 4225 Naperville Rd., Suite 400, Lisle, IL 60532-3699 |
| 14889001 | | Email/Text: BNSFN@capitalsvcs.com | Mar 20 2025 00:23:00 | First National Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 14889000 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 20 2025 00:24:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14889002 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 20 2025 00:23:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14889003 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 20 2025 00:49:51 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14896031 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 20 2025 00:23:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14901110 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 20 2025 00:24:00 | Jefferson Capital Systems LLC, PO Box 7999, St, Cloud, MN 56302-9617 |
| 14905232 | | Email/Text: BNCnotices@dcmservices.com | Mar 20 2025 00:23:00 | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14890719 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2025 00:38:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14890310 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 20 2025 00:38:38 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14889004 | | Email/Text: ml-ebn@missionlane.com | Mar 20 2025 00:23:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14889007 | | Email/Text: cscommunications@mrvbanks.com | Mar 20 2025 00:23:00 | REVVI, Attn: Bankruptcy, PO Box 85800, Sioux Falls, SD 57118-5800 |
| 14883528 | + | Email/Text: famc-bk@1stassociates.com | Mar 20 2025 00:24:00 | MRV Banks, 2700 S. Lorraine Place, Sioux Falls, SD 57106-3657 |
| 14889005 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 20 2025 00:50:08 | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes |

| Recipient ID | Code | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Barre, PA 18773-9635 |
| 14896035 | | Email/Text: fesbank@attorneygeneral.gov | Mar 20 2025 00:23:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14905152 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 20 2025 00:38:02 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14889006 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 20 2025 00:38:04 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14896036 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 20 2025 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14896037 | ^ | MEBN | Mar 20 2025 00:19:43 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14896039 | | Email/Text: bankruptcy@philapark.org | Mar 20 2025 00:24:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14892169 | + | Email/Text: bankruptcy@philapark.org | Mar 20 2025 00:24:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Suite 5400, Philadelphia, Pa 19106-1558 |
| 14895291 | | Email/Text: bnc-quantum@quantum3group.com | Mar 20 2025 00:24:00 | Quantum3 Group LLC as agent for, Katapult Group Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 14895292 | | Email/Text: bnc-quantum@quantum3group.com | Mar 20 2025 00:24:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14890313 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2025 00:38:46 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14889009 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Mar 20 2025 00:23:00 | Sezzle, Attn: Bankruptcy, PO Box 3320, Minneapolis, MN 55403 |
| 14889010 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2025 00:39:23 | Syncb/Amazon Secured, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14906518 | | Email/Text: bncmail@w-legal.com | Mar 20 2025 00:23:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 14889011 | + | Email/Text: bncmail@w-legal.com | Mar 20 2025 00:23:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14896045 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 20 2025 00:24:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14896046 | ^ | MEBN | Mar 20 2025 00:19:27 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14889012 | | Email/Text: bankruptcynotices@vivecard.com | Mar 20 2025 00:23:00 | Vive Financial, Attn: Bankruptcy Attn: Bankruptcy, 380 Data Drive, Suite 200, Draper, UT 84020 |
| 14896511 | | Email/Text: bankruptcynotices@vivecard.com | Mar 20 2025 00:23:00 | Vive Financial, Po Box 708670, Sandy, UT 84070 |
| 14889013 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 20 2025 00:24:00 | Webbank/Gettington, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 55

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14896009 | * | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 14896010 | * | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14896011 | *+ | Avant/WebBank, 222 North LaSalle Street Suite 1600, Chicago, IL 60601-1112 |
| 14896012 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14896025 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd Ste 400, Wilmington, DE 19808-2952 |
| 14896013 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14896014 | *+ | Capital One/SaksFirst, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14896015 | * | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14896016 | * | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 14896017 | * | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14896018 | * | Citibank North America, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14896019 | * | Citibank/Radio Shack, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14896020 | * | Citibank/Sunoco, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14896023 | *+ | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14896024 | *+ | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14896026 | * | Evolve Bank & Trust, Attn: Bankruptcy Triad Center 16000 Popl, Memphis, TN 38119 |
| 14896028 | *P++ | FIRST NATIONAL BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, First National Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 14896027 | *+ | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14896029 | * | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14896030 | *+ | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14896032 | *P++ | MISSION LANE LLC, PO BOX 105286, ATLANTA GA 30348-5286, address filed with court:, Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14896041 | *P++ | MRV BANKS, 871 STE GENEVIEVE DR, STE GENEVIEVE MO 63670-1406, address filed with court:, REVVI, Attn: Bankruptcy, PO Box 85800, Sioux Falls, SD 57118-5800 |
| 14896034 | * | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14896040 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14896042 | *P++ | SEZZLE INC, BANKRUPTCY DEPARTMENT, 700 NICOLLET MALL, STE 640, MINNEAPOLIS MN 55402-2050, address filed with court:, Sezzle, Attn: Bankruptcy, PO Box 3320, Minneapolis, MN 55403 |
| 14896043 | * | Syncb/Amazon Secured, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14896044 | *+ | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14896047 | *P++ | VIVE FINANCIAL LLC, ATTN BANKRUPTCY, P O BOX 708670, SANDY UT 84070-8639, address filed with court:, Vive Financial, Attn: Bankruptcy Attn: Bankruptcy, 380 Data Drive , Suite 200, Draper, UT 84020 |
| 14896048 | *+ | Webbank/Gettington, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 0 Undeliverable, 29 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 21, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Mar 19, 2025 | Form ID: 155 | Total Noticed: 60 |

| | |
|---|---|
| | on behalf of Debtor Cassidy Marie Catherine Thomas help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| REGINA COHEN | on behalf of Creditor Ally Bank rcohen@lavin-law.com  mmalone@lavin-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>　Cassidy Marie Catherine Thomas<br><br>　Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−11613−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: March 18, 2025

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court