## United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

Cassidy Marie Catherine Thomas,

Debtor.

Case No. 24-11613-PMM

Chapter 13

**NOTICE/PRAECIPE TO CONVERT**

TO THE CLERK OF THE BANKRUPTCY COURT:

The Debtor filed this bankruptcy on May 10, 2024, under Chapter 13. The plan was confirmed on March 19, 2025. The Debtor has lost her job and plan payments are no longer feasible.

This case has not been converted previously under 11 U.S.C. §706, §1112, §1208, or §1307. Please convert the case from a case under Chapter 13 to a case under Chapter 7. Thank you.

Dated: June 8, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: */s/ Michael A. Cibik*
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com