United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 24-11613-pmm |
|---|---|
| Cassidy Marie Catherine Thomas | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jun 10, 2026 | Form ID: 309A | Total Noticed: 64 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Cassidy Marie Catherine Thomas, 151 Snyder Ave, Philadelphia, PA 19148-2617 |
| 14888999 | Evolve Bank & Trust, Attn: Bankruptcy Triad Center 16000 Popl, Memphis, TN 38119 |
| 14896033 | Missy Kolatosz, 419 Durfor St, Philadelphia, PA 19148-3909 |
| 14896035 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14896038 | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14889008 | Santander Consumer USA, Inc, Attn: Bankruptcy, 95 Amaral St, Riverside, RI 02915-2204 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: help@cibiklaw.com | Jun 11 2026 00:43:00 | MICHAEL A. CIBIK, Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102 |
| tr | + EDI: QRHHOLBER.COM | Jun 11 2026 04:44:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | Email/Text: megan.harper@phila.gov | Jun 11 2026 00:43:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | EDI: PENNDEPTREV | Jun 11 2026 04:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jun 11 2026 00:43:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14930250 | + EDI: MAXMSAIDV | Jun 11 2026 04:44:00 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 14894492 | + EDI: AISACG.COM | Jun 11 2026 04:44:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14888983 | EDI: GMACFS.COM | Jun 11 2026 04:44:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 14888984 | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 11 2026 00:43:00 | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14888985 | + Email/Text: bk@avant.com | Jun 11 2026 00:43:00 | Avant/WebBank, 222 North LaSalle Street Suite 1600, Chicago, IL 60601-1112 |
| 14888986 | + EDI: BANKAMER | Jun 11 2026 04:44:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14896021 | Email/Text: megan.harper@phila.gov | | |

District/off: 0313-2                           User: admin                                      Page 2 of 4

Date Rcvd: Jun 10, 2026                        Form ID: 309A                                    Total Noticed: 64

| | | Jun 11 2026 00:43:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
|---|---|---|---|
| 14888998 | Email/Text: cfcbackoffice@contfinco.com | Jun 11 2026 00:43:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd Ste 400, Wilmington, DE 19808-2952 |
| 14888987 | EDI: CAPITALONE.COM | Jun 11 2026 04:44:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14888988 | EDI: CAPONEAUTO.COM | Jun 11 2026 04:44:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14890476 | + EDI: AIS.COM | Jun 11 2026 04:44:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14888989 | + EDI: CAPITALONE.COM | Jun 11 2026 04:44:00 | Capital One/SaksFirst, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14888990 | EDI: CAPITALONE.COM | Jun 11 2026 04:44:00 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14888991 | EDI: JPMORGANCHASE | Jun 11 2026 04:44:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 14888992 | EDI: CITICORP | Jun 11 2026 04:44:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14888993 | EDI: CITICORP | Jun 11 2026 04:44:00 | Citibank North America, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14888994 | EDI: CITICORP | Jun 11 2026 04:44:00 | Citibank/Radio Shack, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14888995 | EDI: CITICORP | Jun 11 2026 04:44:00 | Citibank/Sunoco, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14896022 | Email/Text: bankruptcy@philapark.org | Jun 11 2026 00:43:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14888996 | + EDI: WFNNB.COM | Jun 11 2026 04:44:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14888997 | + EDI: WFNNB.COM | Jun 11 2026 04:44:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14905963 | ^ MEBN | Jun 11 2026 00:40:21 | DeVry University, 4225 Naperville Rd., Suite 400, Lisle, IL 60532-3699 |
| 14889001 | Email/Text: BNSFN@capitalsvcs.com | Jun 11 2026 00:43:00 | First National Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 14889000 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 11 2026 00:48:34 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14889002 | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 11 2026 00:43:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14889003 | + EDI: AMINFOFP.COM | Jun 11 2026 04:44:00 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14896031 | EDI: IRS.COM | Jun 11 2026 04:44:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14901110 | EDI: JEFFERSONCAP.COM | Jun 11 2026 04:44:00 | Jefferson Capital Systems LLC, PO Box 7999, St, Cloud, MN 56302-9617 |
| 14905232 | Email/Text: BNCnotices@dcmservices.com | Jun 11 2026 00:43:00 | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14890719 | Email/PDF: resurgentbknotifications@resurgent.com | | |

District/off: 0313-2                                    User: admin                                    Page 3 of 4

Date Rcvd: Jun 10, 2026                                Form ID: 309A                                  Total Noticed: 64

| | | | |
|---|---|---|---|
| | | Jun 11 2026 00:48:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14890310 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 11 2026 00:48:07 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14889004 | Email/Text: ml-ebn@missionlane.com | Jun 11 2026 00:43:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14889007 | Email/Text: connectcommunications@mrvbanks.com | Jun 11 2026 00:43:00 | REVVI, Attn: Bankruptcy, PO Box 85800, Sioux Falls, SD 57118-5800 |
| 14883528 | + EDI: TCISOLUTIONS.COM | Jun 11 2026 04:44:00 | MRV Banks, 2700 S. Lorraine Place, Sioux Falls, SD 57106-3657 |
| 14889005 | EDI: MAXMSAIDV | Jun 11 2026 04:44:00 | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14905152 | EDI: PRA.COM | Jun 11 2026 04:44:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14889006 | EDI: PRA.COM | Jun 11 2026 04:44:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14896036 | EDI: PENNDEPTREV | Jun 11 2026 04:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14896037 | ^ MEBN | Jun 11 2026 00:40:39 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14896039 | Email/Text: bankruptcy@philapark.org | Jun 11 2026 00:43:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14892169 | + Email/Text: bankruptcy@philapark.org | Jun 11 2026 00:43:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Suite 5400, Philadelphia, Pa 19106-1558 |
| 14895291 | EDI: Q3G.COM | Jun 11 2026 04:44:00 | Quantum3 Group LLC as agent for, Katapult Group Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 14895292 | EDI: Q3G.COM | Jun 11 2026 04:44:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14890313 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 11 2026 00:48:07 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14889009 | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Jun 11 2026 00:43:00 | Sezzle, Attn: Bankruptcy, PO Box 3320, Minneapolis, MN 55403 |
| 14889010 | EDI: SYNC | Jun 11 2026 04:44:00 | Syncb/Amazon Secured, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14906518 | Email/Text: bncmail@w-legal.com | Jun 11 2026 00:43:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 14889011 | + EDI: WTRRNBANK.COM | Jun 11 2026 04:44:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14896045 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 11 2026 00:43:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14896046 | ^ MEBN | Jun 11 2026 00:40:28 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14889012 | Email/Text: bankruptcynotices@vivecard.com | Jun 11 2026 00:43:00 | Vive Financial, Attn: Bankruptcy Attn: Bankruptcy, 380 Data Drive , Suite 200, Draper, UT 84020 |

District/off: 0313-2      User: admin      Page 4 of 4

Date Rcvd: Jun 10, 2026      Form ID: 309A      Total Noticed: 64

| 14896511 | | Email/Text: bankruptcynotices@vivecard.com | | |
|---|---|---|---|---|
| | | | Jun 11 2026 00:43:00 | Vive Financial, Po Box 708670, Sandy, UT 84070 |
| 14889013 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jun 11 2026 00:48:18 | Webbank/Gettington, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 58

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14896009 | * | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 14896010 | * | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14896011 | *+ | Avant/WebBank, 222 North LaSalle Street Suite 1600, Chicago, IL 60601-1112 |
| 14896012 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14896025 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd Ste 400, Wilmington, DE 19808-2952 |
| 14896013 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14896014 | *+ | Capital One/SaksFirst, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14896015 | * | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14896016 | * | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 14896017 | * | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14896018 | * | Citibank North America, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14896019 | * | Citibank/Radio Shack, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14896020 | * | Citibank/Sunoco, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14896023 | *+ | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14896024 | *+ | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14896026 | * | Evolve Bank & Trust, Attn: Bankruptcy Triad Center 16000 Popl, Memphis, TN 38119 |
| 14896028 | *P++ | FIRST NATIONAL BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, First National Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 14896027 | *+ | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14896029 | * | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14896030 | *+ | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14896032 | *P++ | MISSION LANE LLC, PO BOX 105286, ATLANTA GA 30348-5286, address filed with court:, Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14896041 | *P++ | MRV BANKS, 871 STE GENEVIEVE DR, STE GENEVIEVE MO 63670-1406, address filed with court:, REVVI, Attn: Bankruptcy, PO Box 85800, Sioux Falls, SD 57118-5800 |
| 14896034 | * | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14896040 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14896042 | *P++ | SEZZLE INC, BANKRUPTCY DEPARTMENT, 700 NICOLLET MALL, STE 640, MINNEAPOLIS MN 55402-2050, address filed with court:, Sezzle, Attn: Bankruptcy, PO Box 3320, Minneapolis, MN 55403 |
| 14896043 | * | Syncb/Amazon Secured, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14896044 | *+ | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14896047 | *P++ | VIVE FINANCIAL LLC, ATTN BANKRUPTCY, P O BOX 708670, SANDY UT 84070-8639, address filed with court:, Vive Financial, Attn: Bankruptcy Attn: Bankruptcy, 380 Data Drive , Suite 200, Draper, UT 84020 |
| 14896048 | *+ | Webbank/Gettington, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 0 Undeliverable, 29 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2026      Signature:      /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Cassidy Marie Catherine Thomas<br>First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–0339<br>EIN:   _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:   _ _ _ _<br>EIN:   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court:   Eastern District of Pennsylvania | | Date case filed in chapter:   13   5/10/24 | |
| Case number:   24–11613–pmm | | Date case converted to chapter:   7   6/8/26 | |

Official Form 309A (For Individuals or Joint Debtors)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

**\*\*Debtor's Photo ID & Social Security Card must be presented to the Trustee prior to the 341 meeting.\*\***

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Cassidy Marie Catherine Thomas | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 151 Snyder Ave<br>Philadelphia, PA 19148–2617 | |
| 4. | Debtor's attorney<br>Name and address | MICHAEL A. CIBIK<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 | Contact phone 215–735–1060<br><br>Email: help@cibiklaw.com |
| 5. | Bankruptcy trustee<br>Name and address | ROBERT H. HOLBER<br>Robert H. Holber PC<br>41 East Front Street<br>Media, PA 19063 | Contact phone (610) 565–5463<br><br>Email: trustee@holber.com |

**For more information, see page 2 >**

Debtor  **Cassidy Marie Catherine Thomas**                                          Case number **24–11613–pmm**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M; Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 6/10/26 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 15, 2026 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (267) 635–2353, Enter Meeting ID 553 798 0544, and Passcode 9076919462**<br><br>For additional meeting info. go to https://www.justice.gov/ust/moc |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/14/26** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov . If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                    page **2**