Certificate Number: 16339-PAE-DE-041160376

Bankruptcy Case Number: 24-11613



16339-PAE-DE-041160376

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 1, 2026, at 10:58 o'clock PM EDT, Cassidy Thomas completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 1, 2026                    By:      /s/Kris Krumal

Name:  Kris Krumal

Title:   Certified Financial Counselor