UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

In re:                                          Chapter 7
    Cassidy Marie Catherine Thomas         Case No. 24-11613-PMM

    Debtor

_____

## CERTIFICATE OF SERVICE

      I, Garrett M. Wilson, Attorney of Orlans Law Group PLLC, do hereby certify that on July 10, 2026, I caused to be served a copy of Notice of Appearance on the service list below by first class mail, postage prepaid or other method specified on the list.

Date:  July 10, 2026                            Respectfully Submitted,

                                                */s/ Garrett M. Wilson*_____
                                                Elizabeth A. Trachtman, Esq. PA 333427
                                                Garrett M. Wilson, Esq. PA 338633
                                                Michele M. Bradford, Esq. PA 69849
                                                Orlans Law Group PLLC
                                                Attorney for Ally Bank
                                                200 Eagle Road, Bldg 2, Suite 120
                                                Wayne, PA 19087
                                                (484) 367-4191
                                                Email: etrachtman@orlans.com
                                                gwilson@orlans.com
                                                mbradford@orlans.com
                                                File Number: 26-007034

<u>VIA US MAIL</u>

Cassidy Marie Catherine Thomas, Debtor
151 Snyder Ave
Philadelphia, PA 19148

<u>VIA ECF</u>

Michael A. Cibik, Esq. on behalf of Debtor

Robert H. Holber Esq., Chapter 7 Trustee