# Exhibit A

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| MISSY ANN KOLATOSZ<br>419 DURFOR ST<br>PHILADELPHIA PA 19148<br>PHILADELPHIA | CASSIDY MARIE C THOMAS<br>151 SNYDER ST<br>PHILADELPHIA PA 19148<br>PHILADELPHIA | CONICELLI NISSAN<br>1222 W. RIDGE PIKE<br>CONSHOHOCKEN PA 19428 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Mfg Gross Vehicular Weight | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2018 | NISSAN ROGUE | N/A | KNMAT2MVXJP611238 | Personal, family, or household unless otherwise indicated below<br>☐ business  ☐ agricultural  ☐ N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $0.00 is |
|---|---|---|---|---|
| 12.54 % | $ 15254.28 | $ 33601.47 | $ 48855.75 | $ 48855.75 |

(e) means an estimate

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 75 | $ 651.41 | MONTHLY beginning 01/16/2022 |
| N/A | $ N/A | N/A |
| N/A | | |

**Late Charge.** If payment is not paid in full within 10 days after it is due, you will pay a late charge. If the vehicle is a heavy commercial motor vehicle, the charge will be 4% of the part of the payment that is late. Otherwise, the charge will be 2% of the part of the payment that is late.

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**ITEMIZATION OF AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)**

1 Cash Price
| | | |
|---|---|---|
| Vehicle | $ | 25995.00 |
| Accessories and Installation | $ | N/A |
| Government Taxes | $ | N/A |
| Vehicle Delivery | $ | N/A |
| to N/A  for N/A | $ | N/A |
| to N/A  for N/A | $ | N/A |
| to N/A  for N/A | $ | N/A |
| to N/A  for N/A | $ | N/A |
| to N/A  for N/A | $ | N/A |
| to N/A  for N/A | $ | N/A |
| to N/A  for N/A | $ | N/A |
| to N/A  for N/A | $ | N/A |
| | $ | 25995.00 (1) |

2 Total Downpayment =

Trade-In 2019 FORD TRUCK EXPLORER (Year) (Make) (Model)
Trade-In 1FM5K7D87KGA02858 (VIN)

| | | |
|---|---|---|
| Gross Trade-In Allowance | $ | 31000.00 |
| Less Pay Off Made By Seller to SANTANDER | $ | 37100.00 |
| Equals Net Trade In | $ | -6100.00 |
| + Cash N/A | $ | N/A |
| + Other N/A | $ | N/A |
| + Other N/A | $ | N/A |
| + Other N/A | $ | N/A |
| (If total downpayment is negative, enter "0" and see 4H below) | $ | 0.00 (2) |

3 Unpaid Balance of Cash Price (1 minus 2)  $ 25995.00 (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf

A Cost of Optional Credit Insurance Paid to Insurance Company or Companies
| | | | |
|---|---|---|---|
| Life Term N/A | $ N/A | | |
| Disability Term N/A | $ N/A | $ | N/A |

B Other Optional Insurance Paid to Insurance Company or Companies
| | | | |
|---|---|---|---|
| (Describe) N/A Term N/A | $ | N/A |
| (Describe) N/A Term N/A | $ | N/A |

C Official Fees Paid to Government Agencies
| | | |
|---|---|---|
| to STATE OF PA for TRANS FEE | $ | 9.00 |
| to N/A for N/A | $ | N/A |
| to STATE OF PA for LOCAL COUNTY FEE | $ | 5.00 |

D Optional Gap Contract  $ 995.00

E Government Taxes Not Included in Cash Price  $ N/A

F Government License and/or Registration Fees
N/A
N/A  $ N/A

G Government Certificate of Title Fees /ENCUMB FEE
(includes $ 28.00 security interest recording fee)  $ 86.00

H Other Charges (Seller must identify who is paid and describe purpose)
| | | |
|---|---|---|
| to SANTANDER for Prior Credit or Lease Balance | $ | 6100.00 |
| to CONICELLI NISSAN for DOC FEE | $ | 394.00 |
| to CVR for ONLINE REG FEE | $ | 17.47 |
| to N/A for N/A | $ | N/A |
| to N/A for N/A | $ | N/A |
| to N/A for N/A | $ | N/A |
| to N/A for N/A | $ | N/A |
| to N/A for N/A | $ | N/A |
| to N/A for N/A | $ | N/A |

Total Other Charges and Amounts Paid to Others on Your Behalf  $ 7606.47 (4)

5 Amount Financed (3 + 4)  $ 33601.47 (5)
6 Finance Charge  $ 15254.28 (6)
7 Total of Payments-Time Balance (5 + 6)  $ 48855.75 (7)

**If you do not meet your contract obligations, you may lose the vehicle.**

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you chose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

### Optional Credit Insurance
☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both

Premium:
Credit Life $ N/A
Credit Disability $ N/A
Insurance Company Name N/A
Home Office Address N/A
N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance pays the unpaid part of the Amount Financed if you die. This insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance pays the scheduled payments due under this contract while you are disabled. This insurance does not cover any increase in your payment or in the number of payments. The policies or certificates issued by the named insurance companies may further limit the coverage that credit life insurance or credit disability insurance provides. See the policies or certificates for coverage limits or other terms and conditions.

### Other Optional Insurance
☐ N/A
Type of Insurance N/A  Term N/A
Premium $ N/A
Description of Coverage N/A
N/A
Insurance Company Name N/A
N/A
Home Office Address N/A
N/A

☐ N/A
Type of Insurance N/A  Term N/A
Premium $ N/A
Description of Coverage N/A
N/A
Insurance Company Name N/A
N/A
Home Office Address N/A
N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X _____  N/A
Buyer Signature  Date

X N/A  N/A
Co-Buyer Signature  Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

**Returned Check Charge:** You agree to pay the costs we actually pay to others if any check you give us is dishonored.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term 75 Mos.
SAFE GUARD
Name of Gap Contract

I want to buy a gap contract.
Buyer Signs X _____

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before N/A, Year N/A . SELLER'S INITIALS N/A

### NO COOLING OFF PERIOD
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.
Buyer Signs X _____  Co-Buyer Signs X _____
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
You authorize us to obtain information about you, or the vehicle you are buying, from the state motor vehicle department or other motor vehicle registration authorities.
**See back for other important agreements.**

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

NOTICE TO BUYER. DO NOT SIGN THIS CONTRACT IN BLANK. YOU ARE ENTITLED TO AN EXACT COPY OF THE CONTRACT YOU SIGN. KEEP IT TO PROTECT YOUR LEGAL RIGHTS. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE BUYER COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE BUYER SHALL NOT EXCEED AMOUNTS PAID BY THE BUYER HEREUNDER.

Buyer Signs X _____  Date 12/04/21  Co-Buyer Signs X _____  Date 12/04/21

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X _____  Date 12/04/21  Co-Buyer Signs X _____  Date 12/04/21
Buyer Printed Name MISSY ANN KOLATOSZ  Co-Buyer Printed Name CASSIDY MARIE C THOMAS
If the "business" use box is checked in "Primary Use For Which Purchased": Print Name N/A  Title N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X N/A  Address N/A

Seller signs _____  Date 12/04/21  By X _____  Title PM

Seller assigns its interest in this contract to ALLY FINANCIAL (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse  XY Assigned without recourse  ☐ Assigned with limited recourse
Seller CONICELLI NISSAN
By X _____  Title PM

ORIGINAL LIENHOLDER

**OTHER IMPORTANT AGREEMENTS**

**1. FINANCE CHARGE AND PAYMENTS**

**a. How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

**b. How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose as the law allows.

**c. How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

**d. You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

**2. YOUR OTHER PROMISES TO US**

**a. If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

**b. Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, to the extent permitted by law you agree to repay the amount when we ask for it.

**c. Security Interest.**
You give us a security interest in:
- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service, or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

**d. Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our entire interest in the vehicle as well as yours. You agree to name us on your insurance policy as an additional insured and as loss payee. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we will buy insurance that covers your interest and our interest in the vehicle. We will tell you the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on the front of this contract or, at our option, the highest rate the law permits. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

**e. What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

**3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

**a. You may owe late charges.** You will pay a late charge on each late payment as shown on the front. The term "heavy commercial motor vehicle" means any new or used motor vehicle, excluding a recreational vehicle, which is (i) a truck or truck tractor having a manufacturer's gross vehicular weight of thirteen thousand (13,000) pounds or more, or (ii) a semitrailer or trailer designed for use in combination with a truck or truck tractor. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

If you pay late, we may also take the steps described below.

**b. You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
- You do not pay any payment on time;
- You give false or misleading information during credit application;
- You start a proceeding in bankruptcy or one is started against you or your property; or
- You break any agreements in this contract.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

**c. You may have to pay collection costs.** If you default and we have to go to court to recover the vehicle, you will pay the reasonable attorney's fees and court costs as the law permits. You will also pay any attorney's fees and court costs a court awards us.

**d. We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.

**e. How you can get the vehicle back if we take it.** If we repossess the vehicle, you may get it back by paying the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any other amounts lawfully due under the contract (redeem). Your right to redeem ends when we sell the vehicle. We will tell you how much to pay to redeem.

If we repossess the vehicle, we may, at our option, allow you to get the vehicle back before we sell it by paying all past due payments, late charges, and any other amounts due because you defaulted (reinstate). We will tell you if you may reinstate and how much to pay if you may.

If you are in default for more than 15 days when we take the vehicle, the amount you must pay to redeem or reinstate will also include the expenses of taking the vehicle, holding it, and preparing it for sale.

**f. We will sell the vehicle if you do not get it back.** If you do not redeem, or, at our option, reinstate, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it, as the law allows. Reasonable attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you may have to pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

**g. What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

**h. Summary Notice Regarding Prepayment, Rebate of Finance Charge and Reinstatement: You may prepay all or part of the amount you owe under this contract without penalty. If you do so, you only have to pay the earned and unpaid part of the finance charge and all other amounts due up to the date of your payment. Unearned finance charges will not be rebated under this contract because there will never be any unearned finance charges to rebate. If you default and we repossess the vehicle, we may, at our option, allow you to get the vehicle back before we sell it by paying all past due payments, late charges, and expenses (reinstate).**

**4. WARRANTIES SELLER DISCLAIMS**
The following paragraph does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. The following paragraph also does does not apply at all if you bought the vehicle primarily for personal, family, or household use.
**Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**

**5. Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**
**Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

**6. SERVICING AND COLLECTION CONTACTS**
You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

**7. RIGHT TO RECEIVE STATEMENT OF ACCOUNT**
**Upon your request, we will provide you a statement of account that shows information about your payment history including any charges and credits to your account. It will also show amounts that are due at the time of your request and information regarding future payments. We will provide you one statement of account at no cost. We may charge you our reasonable costs for any additional statements requested, as the law allows. Your right to receive a statement of account ends one year after termination of the contract.**

**8. ADDITIONAL RIGHTS**
**If you encounter a problem, you may have additional rights under the Unfair Trade Practices and Consumer Protection Law, which is enforced by the Pennsylvania Office of Attorney General, Bureau of Consumer Protection.**

**9. APPLICABLE LAW**
Federal law and the law of the state of Pennsylvania apply to this contract.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

## CONFIRMATION OF ASSIGNMENT OF RETAIL INSTALLMENT SALE CONTRACT

WHEREAS, on or December 04th, 2021, MISSY ANN KOLATOSZ and CASSIDY MARIE C THOMAS ("Customer") entered into that certain Retail Installment Sale Contract ("Contract") with CONICELLI NISSAN ("Dealership") for the sale and financing of a 2018 NISSAN ROGUE, VIN #KNMAT2MVXJP611238 ("Vehicle"); and

WHEREAS, the Dealership thereafter sold and assigned its interest in the Contract to Ally Financial Inc. and

THEREAFTER, Ally Financial Inc. did assign all of its right, title and interest in and to the Contract to Ally Bank aka Ally Capital Corp. aka Ally Bank Corp. effective as of the date of the Contract.


AIS PORTFOLIO SERVICES, LLC, AS AUTHORIZED AGENT FOR ALLY FINANCIAL INC.


By: _____*Paul Tangen*_____
     *(Signature)*

Name: ____Paul Tangen_____
     *(Print Name of Signatory)*

Title:  Its Authorized Agent

Date: ____6/25/26_____

# Exhibit B

PDP ELECTRONIC TITLE DOCUMENT


```
ELT*PA     : ELT - PENNSYLVANIA
Title #: 79749252                              Title Type :
Issue Date: 12/13/2021              Lic/Tag/Control #:


VIN  . . . . . . :   KNMAT2MVXJP611238

Vehicle Info.  . :   2018 NISS RGE SW


Odometer Reading :   0022931
          Date  . :
          Status  :


Owner Information . :   THOMAS,CASSIDY MARIE C
Co-Owner  . . . . . :


Owner address . . . :   151 SNYDER AVE

                        PHILADELPHIA
                        PA     19148


Lienholder Information: ALLY FINANCIAL
                        PO Box 8122

                        Cockeysville
                        MD     21030

2nd Lienholder Name   :


ELT Sent Date . . . . :   12/13/2021
Lien Type . . . . . . :
Owner Driver License# :


Brand code . . . . :


Release name . . . :
Release address 1  :
Rel City/State/Zip :    ,
```

# Exhibit C

# J.D. POWER

06/27/2026

<div style="background:gray">J.D. POWER Used Cars/Trucks</div>

## Vehicle Information

| | |
|---|---|
| Vehicle : | 2018 Nissan Rogue Utility 4D SV AWD 2.5L I4 |
| Region : | Eastern |
| Period : | June, 2026 |
| VIN : | KNMAT2MVXJP611238 |
| Mileage : | 107500 |

## J.D.POWER Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Weekly Auction** | | | | |
| **Weekly Used** | | | | |
| Rough Trade-In | $8650.00 | $0 | 0 | $8650.00 |
| Average Trade-In | $9450.00 | $0 | 0 | $9450.00 |
| Clean Trade-In | $10250.00 | $0 | 0 | $10250.00 |
| Clean Retail | $11850.00 | $0 | 0 | $11850.00 |

## Selected Options

| Trade-In/Loan | Retail |
|---|---|

J.D. Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2021 J.D. Power

# Exhibit D

| Date | Description | Payment due | Payment made | Balance |
|------|-------------|------------:|-------------:|--------:|
| 1/6/2022 | Receipt - payment processing center | | 651.41 | -651.41 |
| 1/16/2022 | Repayment | 651.41 | | .00 |
| 2/14/2022 | Receipt - online bill payment | | 651.41 | -651.41 |
| 2/16/2022 | Repayment | 651.41 | | .00 |
| 3/14/2022 | Receipt - online bill payment | | 651.41 | -651.41 |
| 3/16/2022 | Repayment | 651.41 | | .00 |
| 4/14/2022 | Receipt - online bill payment | | 651.41 | -651.41 |
| 4/16/2022 | Repayment | 651.41 | | .00 |
| 5/16/2022 | Repayment | 651.41 | | 651.41 |
| 5/16/2022 | Receipt - online bill payment | | 651.41 | .00 |
| 6/14/2022 | Receipt - online bill payment | | 651.41 | -651.41 |
| 6/16/2022 | Repayment | 651.41 | | .00 |
| 7/14/2022 | Receipt - online bill payment | | 651.41 | -651.41 |
| 7/16/2022 | Repayment | 651.41 | | .00 |
| 8/15/2022 | Receipt - online bill payment | | 651.41 | -651.41 |
| 8/16/2022 | Repayment | 651.41 | | .00 |
| 9/15/2022 | Receipt - online bill payment | | 651.41 | -651.41 |
| 9/16/2022 | Repayment | 651.41 | | .00 |
| 10/16/2022 | Repayment | 651.41 | | 651.41 |
| 10/17/2022 | Receipt - online bill payment | | 651.41 | .00 |
| 11/16/2022 | Repayment | 651.41 | | 651.41 |
| 12/16/2022 | Repayment | 651.41 | | 1302.82 |
| 1/16/2023 | Repayment | 651.41 | | 1954.23 |
| 2/16/2023 | Repayment | 651.41 | | 2605.64 |
| 3/16/2023 | Repayment | 651.41 | | 3257.05 |
| 4/16/2023 | Repayment | 651.41 | | 3908.46 |
| 5/16/2023 | Repayment | 651.41 | | 4559.87 |
| 6/16/2023 | Repayment | 651.41 | | 5211.28 |
| 6/21/2023 | Transfer | | 172.96 | 5038.32 |
| 6/21/2023 | Payment to schedule suspense | | 172.96 | 4865.36 |
| 6/21/2023 | Payment from schedule suspense | | -172.96 | 5038.32 |
| 7/16/2023 | Repayment | 651.41 | | 5689.73 |
| 7/25/2023 | Transfer | | 92.00 | 5597.73 |
| 7/25/2023 | Payment to schedule suspense | | 92.00 | 5505.73 |
| 7/25/2023 | Payment from schedule suspense | | -92.00 | 5597.73 |
| 8/16/2023 | Repayment | 651.41 | | 6249.14 |
| 9/16/2023 | Repayment | 651.41 | | 6900.55 |
| 9/25/2023 | Transfer | | 184.00 | 6716.55 |
| 9/25/2023 | Payment to schedule suspense | | 184.00 | 6532.55 |
| 9/25/2023 | Payment from schedule suspense | | -184.00 | 6716.55 |
| 10/16/2023 | Repayment | 651.41 | | 7367.96 |
| 11/16/2023 | Repayment | 651.41 | | 8019.37 |
| 12/16/2023 | Repayment | 651.41 | | 8670.78 |
| 1/16/2024 | Repayment | 651.41 | | 9322.19 |
| 2/16/2024 | Repayment | 651.41 | | 9973.60 |
| 3/16/2024 | Repayment | 651.41 | | 10625.01 |

| Date | Description | | | |
|---|---|---|---|---|
| 4/16/2024 | Repayment | 651.41 | | 11276.42 |
| 5/13/2024 | Late Charge_Accrued | 13.03 | | 11289.45 |
| 5/13/2024 | Late Charge_Accrued | 13.03 | | 11302.48 |
| 5/13/2024 | Late Charge_Accrued | 13.03 | | 11315.51 |
| 5/13/2024 | Late Charge_Accrued | 13.03 | | 11328.54 |
| 5/13/2024 | Late Charge_Accrued | 13.03 | | 11341.57 |
| 5/13/2024 | Late Charge_Accrued | 13.03 | | 11354.60 |
| 5/13/2024 | Late Charge_Accrued | 13.03 | | 11367.63 |
| 5/16/2024 | Repayment | 651.41 | | 12019.04 |
| 6/16/2024 | Repayment | 651.41 | | 12670.45 |
| 7/16/2024 | Repayment | 651.41 | | 13321.86 |
| 8/16/2024 | Repayment | 651.41 | | 13973.27 |
| 9/16/2024 | Repayment | 651.41 | | 14624.68 |
| 10/16/2024 | Repayment | 651.41 | | 15276.09 |
| 11/16/2024 | Repayment | 651.41 | | 15927.50 |
| 12/16/2024 | Repayment | 651.41 | | 16578.91 |
| 1/16/2025 | Repayment | 651.41 | | 17230.32 |
| 2/16/2025 | Repayment | 651.41 | | 17881.73 |
| 3/16/2025 | Repayment | 651.41 | | 18533.14 |
| 4/16/2025 | Repayment | 651.41 | | 19184.55 |
| 4/22/2025 | Payment to schedule suspense | | 984.89 | 18199.66 |
| 5/16/2025 | Repayment | 651.41 | | 18851.07 |
| 5/23/2025 | Payment to schedule suspense | | 1003.38 | 17847.69 |
| 6/16/2025 | Repayment | 651.41 | | 18499.10 |
| 6/17/2025 | Transfer | | 1003.37 | 17495.73 |
| 6/17/2025 | Payment to schedule suspense | | 1003.37 | 16492.36 |
| 6/17/2025 | Payment from schedule suspense | | -1003.37 | 17495.73 |
| 7/16/2025 | Repayment | 651.41 | | 18147.14 |
| 7/24/2025 | Transfer | | 501.70 | 17645.44 |
| 7/24/2025 | Payment to schedule suspense | | 501.70 | 17143.74 |
| 7/24/2025 | Payment from schedule suspense | | -501.70 | 17645.44 |
| 8/16/2025 | Repayment | 651.41 | | 18296.85 |
| 9/16/2025 | Repayment | 651.41 | | 18948.26 |
| 9/23/2025 | Transfer | | 1003.37 | 17944.89 |
| 9/23/2025 | Payment to schedule suspense | | 1003.37 | 16941.52 |
| 9/23/2025 | Payment from schedule suspense | | -1003.37 | 17944.89 |
| 10/16/2025 | Repayment | 651.41 | | 18596.30 |
| 10/28/2025 | Transfer | | 501.69 | 18094.61 |
| 10/28/2025 | Payment to schedule suspense | | 501.69 | 17592.92 |
| 10/28/2025 | Payment from schedule suspense | | -501.69 | 18094.61 |
| 11/16/2025 | Repayment | 651.41 | | 18746.02 |
| 12/16/2025 | Repayment | 651.41 | | 19397.43 |
| 12/18/2025 | Transfer | | 488.37 | 18909.06 |
| 12/18/2025 | Payment to schedule suspense | | 488.37 | 18420.69 |
| 12/18/2025 | Payment from schedule suspense | | -488.37 | 18909.06 |
| 1/16/2026 | Repayment | 651.41 | | 19560.47 |
| 1/20/2026 | Transfer | | 497.25 | 19063.22 |

| Date | Description | | | |
|---|---|---|---|---|
| 1/20/2026 | Payment to schedule suspense | | 497.25 | 18565.97 |
| 1/20/2026 | Payment from schedule suspense | | -497.25 | 19063.22 |
| 2/16/2026 | Repayment | 651.41 | | 19714.63 |
| 2/17/2026 | Transfer | | 497.24 | 19217.39 |
| 2/17/2026 | Payment to schedule suspense | | 497.24 | 18720.15 |
| 2/17/2026 | Payment from schedule suspense | | -497.24 | 19217.39 |
| 3/16/2026 | Repayment | 651.41 | | 19868.80 |
| 4/3/2026 | Transfer | | 994.49 | 18874.31 |
| 4/3/2026 | Payment to schedule suspense | | 994.49 | 17879.82 |
| 4/3/2026 | Payment from schedule suspense | | -994.49 | 18874.31 |
| 4/16/2026 | Repayment | 651.41 | | 19525.72 |
| 5/16/2026 | Repayment | 651.41 | | 20177.13 |
| 6/16/2026 | Repayment | 651.41 | | 20828.54 |