UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>CASSIDY MARIE CATHERINE THOMAS<br><br>    Debtor | Chapter 7<br>Case No. 24-11613-PMM |
| ALLY BANK<br><br>    Movant<br><br>v.<br><br>CASSIDY MARIE CATHERINE THOMAS<br>    (Debtor)<br><br>ROBERT H. HOLBER<br>    (Trustee)<br><br>    Respondents | Hearing Date: August 05, 2026 @ 09:30 AM<br><br>Response Deadline: July 29, 2026 |

## **CERTIFICATE OF SERVICE**

    I, Garrett M. Wilson, Attorney of Orlans Law Group PLLC, do hereby certify that on July 13, 2026, I caused to be served a copy of Motion For Relief From The Automatic Stay on the service list below by first class mail, postage prepaid or other method specified on the list.

Date:  July 13, 2026

    Respectfully Submitted,

    */s/ Garrett M. Wilson*_____
    Elizabeth A. Trachtman, Esq. PA 333427
    Garrett M. Wilson, Esq. PA 338633
    Michele M. Bradford, Esq. PA 69849
    Orlans Law Group PLLC
    Attorney for Ally Bank
    200 Eagle Road, Bldg 2, Suite 120
    Wayne, PA 19087
    (484) 367-4191
    Email: etrachtman@orlans.com
    gwilson@orlans.com
    mbradford@orlans.com
    File Number: 26-007034

<u>VIA US MAIL</u>

Cassidy Marie Catherine Thomas, Debtor
151 Snyder Ave
Philadelphia, PA 19148

Missy Ann Kolatosz
419 Durfor Street
Philadelphia, PA 19148

<u>VIA ECF</u>

Michael A. Cibik, Esq. on behalf of Debtor

Robert H. Holber Esq., Chapter 7 Trustee