UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>CASSIDY MARIE CATHERINE THOMAS<br><br>   Debtor | Chapter 7<br>Case No. 24-11613-PMM |
| ALLY BANK<br><br>        Movant<br><br>v.<br><br>CASSIDY MARIE CATHERINE THOMAS<br>        (Debtor)<br><br>ROBERT H. HOLBER<br>        (Trustee)<br><br>   Respondents | Hearing Date: August 05, 2026 @ 09:30 AM<br><br>Response Deadline: July 29, 2026 |

**<ins>NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY, RESPONSE DEADLINE AND HEARING DATE</ins>**

Ally Bank has filed papers with the court to lift the automatic stay as to the 2018, Nissan Rogue.

**<ins>Your rights may be affected</ins>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.** (If you do not have an attorney, you may wish to consult one.)

1.  If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, on or before July 29, 2026, you or your attorney must do all of the following things:

    a)  File with the court a written response or an answer explaining your position at:

    United States Bankruptcy Court
    900 Market Street, Suite 400
    Philadelphia, PA 19107

    If you are required to file an answer electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

    b)  You must also mail a copy to Movant's attorney:

    Michele M. Bradford
    Orlans Law Group PLLC
    200 Eagle Road, Bldg 2, Suite 120
    Wayne, PA 19087

2.      If you or your attorney do not take the steps described in Paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3.      A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on August 5, 2026 at 09:30 AM in 900 Market Street, Suite 400, Philadelphia, PA 19107.

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in Paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's Office in Philadelphia at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Date:  July 13, 2026

Respectfully Submitted,

*/s/ Garrett M. Wilson*
Elizabeth A. Trachtman, Esq. PA 333427
Garrett M. Wilson, Esq. PA 338633
Michele M. Bradford, Esq. PA 69849
Orlans Law Group PLLC
Attorney for Ally Bank
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: etrachtman@orlans.com
gwilson@orlans.com
mbradford@orlans.com
File Number: 26-007034