UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE: | |
| CASSIDY MARIE CATHERINE THOMAS | Chapter 7<br>Case No. 24-11613-PMM |
| Debtor | |
| ALLY BANK | Doc. No.  80 |
| Movant | |
| v. | |
| CASSIDY MARIE CATHERINE THOMAS<br>(Debtor) | |
| ROBERT H. HOLBER<br>(Trustee) | |
| Respondents | |

## CERTIFICATE OF NO RESPONSE

The undersigned hereby certifies that, as of the date hereof, I have received no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay (the "Motion"), filed on July 13, 2026 (Docket No.80) by Ally Bank, and hereby respectfully request that the Order attached to the Motion be entered by the Court.

Date:  August 4, 2026

Respectfully Submitted,

*/s/ Garrett M. Wilson*_____
Elizabeth A. Trachtman, Esq. PA 333427
Garrett M. Wilson, Esq. PA 338633
Michele M. Bradford, Esq. PA 69849
Orlans Law Group PLLC
Attorney for Ally Bank
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087

(484) 367-4191
Email: etrachtman@orlans.com
gwilson@orlans.com
mbradford@orlans.com
File Number: 26-007034