UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE: | |
| CASSIDY MARIE CATHERINE THOMAS | Chapter 7<br>Case No. 24-11613-PMM |
| Debtor | |
| ALLY BANK | |
| Movant | |
| v. | |
| CASSIDY MARIE CATHERINE THOMAS<br>(Debtor) | |
| ROBERT H. HOLBER<br>(Trustee) | |
| Respondents | |

**<u>CERTIFICATE OF SERVICE</u>**

I, Garrett M. Wilson, Attorney of Orlans Law Group PLLC, do hereby certify that on August 4, 2026, I caused to be served a copy of Certificate of No Response on the service list below by first class mail, postage prepaid or other method specified on the list.

Date:  August 4, 2026

Respectfully Submitted,

*/s/ Garrett M. Wilson*_____
Elizabeth A. Trachtman, Esq. PA 333427
Garrett M. Wilson, Esq. PA 338633
Michele M. Bradford, Esq. PA 69849
Orlans Law Group PLLC
Attorney for Ally Bank
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: etrachtman@orlans.com

gwilson@orlans.com
mbradford@orlans.com
File Number: 26-007034

<u>VIA US MAIL</u>

Cassidy Marie Catherine Thomas, Debtor
151 Snyder Ave
Philadelphia, PA 19148

<u>VIA ECF</u>

Michael A. Cibik, Esq., on behalf of Debtor

Robert H. Holber Esq., Chapter 7 Trustee