UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE: | Chapter 7 |
| CASSIDY MARIE CATHERINE THOMAS | Case No. 24-11613-PMM |
| Debtor | |
| ALLY BANK | Hearing Date: August 05, 2026 @ 09:30 AM |
| Movant | |
| v. | Response Deadline: July 29, 2026 |
| CASSIDY MARIE CATHERINE THOMAS (Debtor) | |
| ROBERT H. HOLBER (Trustee) | |
| Respondents | |

## ORDER ~~TERMINATING~~ MODIFYING AUTOMATIC STAY

AND NOW, this 5th day of August, 2026, upon consideration of the Motion for Relief from Automatic Stay ("Motion"), filed by Ally Bank ("Movant"), and any response thereto, and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED** that the Automatic Stay imposed by 11 U.S.C. § 362 is ~~terminated,~~ modified permitting Ally Bank and its successors and assigns, to exercise its rights under applicable law against the collateral; and Ally Bank is allowed to enforce the contract rights as it pertains to the 2018 Nissan Rogue VIN No. KNMAT2MVXJP611238 obtain possession of and/or dispose of the Property; and it is further

**ORDERED,** that Relief from the Automatic Stay is granted allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies and obtain possession of and/or

dispose of the collateral and/or allowing Movant, through its agents, servicers and representatives to contact Debtor and/or Debtor's counsel for the purpose of engaging in discussions and consideration for possible solutions and/or resolutions; and it is further

**ORDERED**, that the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and it is further

**ORDERED,** that this Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(4).

BY THE COURT:

_____

**Date: August 5, 2026**

Honorable Patricia M. Mayer
U.S. Bankruptcy Judge