United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 24-11613-pmm

Cassidy Marie Catherine Thomas                                                            Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 05, 2026 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Cassidy Marie Catherine Thomas, 151 Snyder Ave, Philadelphia, PA 19148-2617 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Aug 06 2026 02:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 06 2026 02:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Aug 06 2026 02:10:24 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Aug 06 2026 02:10:24 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2026                         Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2026 at the address(es) listed below:

District/off: 0313-2                          User: admin                                 Page 2 of 2

Date Rcvd: Aug 05, 2026                       Form ID: pdf900                             Total Noticed: 5

| Name | Email Address |
| --- | --- |
| Elizabeth Trachtman | on behalf of Creditor Ally Bank ANHSOrlans@InfoEx.com |
| GARRETT M. WILSON | on behalf of Creditor Ally Bank ANHSOrlans@InfoEx.com |
| MICHAEL A. CIBIK | on behalf of Debtor Cassidy Marie Catherine Thomas help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELE M. BRADFORD | on behalf of Creditor Ally Bank PABKAttorneyecf@orlans.com |
| REGINA COHEN | on behalf of Creditor Ally Bank rcohen@lavin-law.com |
| ROBERT H. HOLBER | trustee@holber.com  rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>CASSIDY MARIE CATHERINE THOMAS<br><br>Debtor | Chapter 7<br>Case No. 24-11613-PMM |
| ALLY BANK<br><br>Movant<br><br>v.<br><br>CASSIDY MARIE CATHERINE THOMAS<br>(Debtor)<br><br>ROBERT H. HOLBER<br>(Trustee)<br><br>Respondents | Hearing Date: August 05, 2026 @ 09:30 AM<br><br>Response Deadline: July 29, 2026 |

**ORDER ~~TERMINATING~~ AUTOMATIC STAY**

MODIFYING

AND NOW, this __5th__ day of __August__, 2026, upon consideration of the Motion for

Relief from Automatic Stay ("Motion"), filed by Ally Bank ("Movant"), and any response thereto,

and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED** that the Automatic Stay imposed by 11 U.S.C. § 362 is ~~terminated,~~ permitting

modified

Ally Bank and its successors and assigns, to exercise its rights under applicable law against the

collateral; and Ally Bank is allowed to enforce the contract rights as it pertains to the 2018 Nissan

Rogue VIN No. KNMAT2MVXJP611238 obtain possession of and/or dispose of the Property;

and it is further

**ORDERED,** that Relief from the Automatic Stay is granted allowing Movant to proceed

under applicable non-bankruptcy law to enforce its remedies and obtain possession of and/or

dispose of the collateral and/or allowing Movant, through its agents, servicers and representatives to contact Debtor and/or Debtor's counsel for the purpose of engaging in discussions and consideration for possible solutions and/or resolutions; and it is further

**ORDERED**, that the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and it is further

**ORDERED,** that this Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(4).

BY THE COURT:

*Patricia M. Mayer*
_____

**Date: August 5, 2026**

Honorable Patricia M. Mayer
U.S. Bankruptcy Judge