United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 24-11613-pmm
Cassidy Marie Catherine Thomas Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 5
Date Rcvd: Sep 15, 2026 Form ID: 318 Total Noticed: 66

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Cassidy Marie Catherine Thomas, 151 Snyder Ave, Philadelphia, PA 19148-2617 |
| 15163175 | + | Ally Bank, Orlans Law Group PLLC, 200 Eagle Road, Bldg 2, Suite 120, Wayne, PA 19087-3115 |
| 15162959 | + | Ally Bank, c/o Garrett M. Wilson, 200 Eagle Road, Bldg 2, Suite 120, Wayne, PA 19087-3115 |
| 14888999 | | Evolve Bank & Trust, Attn: Bankruptcy Triad Center 16000 Popl, Memphis, TN 38119 |
| 14896033 | | Missy Kolatosz, 419 Durfor St, Philadelphia, PA 19148-3909 |
| 14896035 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14896038 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14889008 | | Santander Consumer USA, Inc, Attn: Bankruptcy, 95 Amaral St, Riverside, RI 02915-2204 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRHHOLBER.COM | Sep 16 2026 05:17:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | | Email/Text: megan.harper@phila.gov | Sep 16 2026 01:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Sep 16 2026 05:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Sep 16 2026 05:17:00 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14930250 | + | EDI: MAXMSAIDV | Sep 16 2026 05:17:00 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 14882844 | + | EDI: AISACG.COM | Sep 16 2026 05:17:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14894492 | + | EDI: AISACG.COM | Sep 16 2026 05:17:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14888983 | | EDI: GMACFS.COM | Sep 16 2026 05:17:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 14888984 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 16 2026 01:16:00 | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14888985 | + | Email/Text: bk@avant.com | Sep 16 2026 01:16:00 | Avant/WebBank, 222 North LaSalle Street Suite 1600, Chicago, IL 60601-1112 |
| 14888986 | + | EDI: BANKAMER | Sep 16 2026 05:17:00 | Bank of America, Attn: Bankruptcy, 4909 |

| | | | | |
|---|---|---|---|---|
| | | | | Savarese Circle, Tampa, FL 33634-2413 |
| 14896021 | | Email/Text: megan.harper@phila.gov | Sep 16 2026 01:16:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14888998 | | Email/Text: cfcbackoffice@contfinco.com | Sep 16 2026 01:16:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd Ste 400, Wilmington, DE 19808-2952 |
| 14888987 | | EDI: CAPITALONE.COM | Sep 16 2026 05:17:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14888988 | | EDI: CAPONEAUTO.COM | Sep 16 2026 05:17:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14890476 | + | EDI: AIS.COM | Sep 16 2026 05:17:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14888989 | + | EDI: CAPITALONE.COM | Sep 16 2026 05:17:00 | Capital One/SaksFirst, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14888990 | | EDI: CAPITALONE.COM | Sep 16 2026 05:17:00 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14888991 | | EDI: JPMORGANCHASE | Sep 16 2026 05:17:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 14888992 | | EDI: CITICORP | Sep 16 2026 05:17:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14888993 | | EDI: CITICORP | Sep 16 2026 05:17:00 | Citibank North America, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14888994 | | EDI: CITICORP | Sep 16 2026 05:17:00 | Citibank/Radio Shack, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14888995 | | EDI: CITICORP | Sep 16 2026 05:17:00 | Citibank/Sunoco, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14896022 | | Email/Text: bankruptcy@philapark.org | Sep 16 2026 01:16:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14888996 | + | EDI: WFNNB.COM | Sep 16 2026 05:17:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14888997 | + | EDI: WFNNB.COM | Sep 16 2026 05:17:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14905963 | ^ | MEBN | Sep 16 2026 01:12:53 | DeVry University, 4225 Naperville Rd., Suite 400, Lisle, IL 60532-3699 |
| 14889001 | | Email/Text: BNSFN@capitalsvcs.com | Sep 16 2026 01:16:00 | First National Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 14889000 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 16 2026 01:22:12 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14889002 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 16 2026 01:16:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14889003 | + | EDI: AMINFOFP.COM | Sep 16 2026 05:17:00 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14896031 | | EDI: IRS.COM | Sep 16 2026 05:17:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14901110 | | EDI: JEFFERSONCAP.COM | Sep 16 2026 05:17:00 | Jefferson Capital Systems LLC, PO Box 7999, St, Cloud, MN 56302-9617 |
| 14905232 | | Email/Text: BNCnotices@dcmservices.com | Sep 16 2026 01:16:00 | Jefferson Health, PO Box 1123, Minneapolis, MN |

| | | | | |
|---|---|---|---|---|
| | | | | 55440-1123 |
| 14890719 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 16 2026 01:22:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14890310 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 16 2026 01:22:15 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14889004 | | Email/Text: ml-ebn@missionlane.com | Sep 16 2026 01:16:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14889007 | | Email/Text: connectcommunications@mrvbanks.com | Sep 16 2026 01:16:00 | REVVI, Attn: Bankruptcy, PO Box 85800, Sioux Falls, SD 57118-5800 |
| 14883528 | + | EDI: TCISOLUTIONS.COM | Sep 16 2026 05:17:00 | MRV Banks, 2700 S. Lorraine Place, Sioux Falls, SD 57106-3657 |
| 14889005 | | EDI: MAXMSAIDV | Sep 16 2026 05:17:00 | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14905152 | | EDI: PRA.COM | Sep 16 2026 05:17:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14889006 | | EDI: PRA.COM | Sep 16 2026 05:17:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14896036 | | EDI: PENNDEPTREV | Sep 16 2026 05:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14896037 | ^ | MEBN | Sep 16 2026 01:12:52 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14896039 | | Email/Text: bankruptcy@philapark.org | Sep 16 2026 01:16:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14892169 | + | Email/Text: bankruptcy@philapark.org | Sep 16 2026 01:16:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Suite 5400, Philadelphia, Pa 19106-1558 |
| 14895291 | | EDI: Q3G.COM | Sep 16 2026 05:17:00 | Quantum3 Group LLC as agent for, Katapult Group Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 14895292 | | EDI: Q3G.COM | Sep 16 2026 05:17:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14890313 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 16 2026 01:22:15 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14889009 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Sep 16 2026 01:16:00 | Sezzle, Attn: Bankruptcy, PO Box 3320, Minneapolis, MN 55403 |
| 14889010 | | EDI: SYNC | Sep 16 2026 05:17:00 | Syncb/Amazon Secured, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14906518 | | Email/Text: bncmail@w-legal.com | Sep 16 2026 01:16:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 14889011 | + | EDI: WTRRNBANK.COM | Sep 16 2026 05:17:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14896045 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 16 2026 01:16:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14896046 | ^ | MEBN | Sep 16 2026 01:12:46 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14889012 | | Email/Text: bankruptcynotices@vivecard.com | Sep 16 2026 01:16:00 | Vive Financial, Attn: Bankruptcy Attn: |

| | | | |
|---|---|---|---|
| | | | Bankruptcy, 380 Data Drive , Suite 200, Draper, UT 84020 |
| 14896511 | Email/Text: bankruptcynotices@vivecard.com | Sep 16 2026 01:16:00 | Vive Financial, Po Box 708670, Sandy, UT 84070 |
| 14889013 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 16 2026 01:22:12 | Webbank/Gettington, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 58

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14896009 | * | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 14896010 | * | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14896011 | *+ | Avant/WebBank, 222 North LaSalle Street Suite 1600, Chicago, IL 60601-1112 |
| 14896012 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14896025 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd Ste 400, Wilmington, DE 19808-2952 |
| 14896013 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14896014 | *+ | Capital One/SaksFirst, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14896015 | * | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14896016 | * | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 14896017 | * | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14896018 | * | Citibank North America, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14896019 | * | Citibank/Radio Shack, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14896020 | * | Citibank/Sunoco, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14896023 | *+ | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14896024 | *+ | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14896026 | * | Evolve Bank & Trust, Attn: Bankruptcy Triad Center 16000 Popl, Memphis, TN 38119 |
| 14896028 | *P++ | FIRST NATIONAL BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, First National Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 14896027 | *+ | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14896029 | * | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14896030 | *+ | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14896032 | *P++ | MISSION LANE LLC, PO BOX 105286, ATLANTA GA 30348-5286, address filed with court:, Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14896041 | *P++ | MRV BANKS, 871 STE GENEVIEVE DR, STE GENEVIEVE MO 63670-1406, address filed with court:, REVVI, Attn: Bankruptcy, PO Box 85800, Sioux Falls, SD 57118-5800 |
| 14896034 | * | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14896040 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14896042 | *P++ | SEZZLE INC, BANKRUPTCY DEPARTMENT, 700 NICOLLET MALL, STE 640, MINNEAPOLIS MN 55402-2050, address filed with court:, Sezzle, Attn: Bankruptcy, PO Box 3320, Minneapolis, MN 55403 |
| 14896043 | * | Syncb/Amazon Secured, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14896044 | *+ | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14896047 | *P++ | VIVE FINANCIAL LLC, ATTN BANKRUPTCY, P O BOX 708670, SANDY UT 84070-8639, address filed with court:, Vive Financial, Attn: Bankruptcy Attn: Bankruptcy, 380 Data Drive , Suite 200, Draper, UT 84020 |
| 14896048 | *+ | Webbank/Gettington, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 0 Undeliverable, 30 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth Trachtman | on behalf of Creditor Ally Bank ANHSOrlans@InfoEx.com |
| GARRETT M. WILSON | on behalf of Creditor Ally Bank ANHSOrlans@InfoEx.com |
| MICHAEL A. CIBIK | on behalf of Debtor Cassidy Marie Catherine Thomas help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELE M. BRADFORD | on behalf of Creditor Ally Bank PABKAttorneyecf@orlans.com |
| REGINA COHEN | on behalf of Creditor Ally Bank rcohen@lavin-law.com |
| ROBERT H. HOLBER | trustee@holber.com rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Cassidy Marie Catherine Thomas<br>First Name Middle Name Last Name | Social Security number or ITIN xxx–xx–0339<br>EIN _ _–_ _ _ _ _ _ _ | |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN _ _ _ _<br>EIN _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | Eastern District of Pennsylvania | | |
| Case number: | 24–11613–pmm | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Cassidy Marie Catherine Thomas

9/15/26

**By the court:** Patricia M. Mayer
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**